## JOHN MCDANIEL v. WM. MATTINGLY.

Partnership—Action On—When to Accrue.

> M. abandoned a farm, the estate being left in the hands of McD., the other partner: Held that as the possession of McD. was not un-friendly to M. no cause of action could accrue in favor of M. until the character of this holding was changed.

### APPEAL FROM MC LEAN CIRCUIT COURT.

October 29, 1870.

OPINION OF THE COURT BY JUDGE LINDSAY:

After a careful analysis of the evidence we are satisfied that it sustains the report of the Master Commissioner. We also hold that it was proper to refer the accounts between the parties to him for settlement.

It is not necessary to determine whether or not the partnership existing between the parties was terminated on the 11th of November, 1861, by the involuntary abandonment by Mattingly of appellant's farm. If it was, still as the partnership assets were left in the hands of McDaniel, whose possession was certainly not unfriendly to Mattingly no cause of action could possibly have occurred in favor of the latter until the character of this holding was changed. So long as it continued McDaniel must be regarded as holding the partnership property, as well for his absent partner as for himself.

There is no evidence that he converted the same or did any act that could be made to bear the construction of being unfriendly to McDaniel, at any time anterior to the beginning of the five years next preceding the institution of this suit. Hence the plea of limitation was properly disregarded. Judgment affirmed.

*Owens, for appellant.*